# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANGELA BERNHARDT, | No. CV 99-10121-GHK (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the order adopting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 3/19/09

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE